IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-0696 |
| | ) | |
| BOB BARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

*ORDER*
*This motion*
*is GRANTED.*

[signature]
1-4-11

## MOTION TO BE EXCUSED FROM THE REQUIREMENT OF LOCAL RULE 83.01(H)(1)

The defendant, Southern Health Partners (hereinafter referred to as "SHP"), through undersigned counsel, requests the court to excuse the requirement of local counsel set forth in Local Rule 83.01(h)(1) and in support state the following:

1. Local Rule 83.01(h)(1) states:

   If none of the counsel appearing on behalf of a party in any civil case is a resident of or has his principal law office in the State of Tennessee, the Clerk of the Court shall immediately notify said counsel that there shall be joined of record by written appearance, within ten (10) days thereafter, associate counsel qualified to practice in the United States District Court for the Middle District of Tennessee who is a resident of this state or has his principal law office therein, in default of which, all pleadings filed on behalf of such party may be stricken by the Court, either upon motion or upon the Court's own initiative.