IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0696 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BOB BARKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 54) that the Plaintiff's motion for review (Docket Entry No. 14) and Defendants' motion to dismiss for failure to state a claim (Docket Entry No. 18) be denied as moot and this action be dismissed for Plaintiff's failure to prosecute.

After de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

**ENTERED** this the 26 day of May, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge